THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOEL ROSENBERG, Appellant.—

Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.